IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

    v.

EILEEN R. STANDINGCROW

Case No.
Court Date: July 26, 2010

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. N0449128

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 10, 2010, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, EILEEN R. STANDINGCROW, did knowingly and unlawfully drive and operate a motor vehicle while her privilege to drive a motor vehicle was suspended or revoked.

    (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

                                 Respectfully submitted,

                                 Neil H. MacBride
                                 United States Attorney

By: _____
     Jason A. Pfeil
     Special Assistant U.S. Attorney
     Office of the U.S. Attorney
     101 West Main Street, Suite 8000
     Norfolk, VA 23510
     Ph: (757) 441-6391
     Fax:(757) 441-3205
     Jason.Pfeil@usdoj.gov